JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ORTEGA, | Case No. CV 16-956-DMG (KK) |
| Petitioner, | |
| v. | **JUDGMENT** |
| KIM HOLLAND, Warden, | |
| Respondent. | |

Pursuant to the Order Denying Petition and Dismissing Action with Prejudice,

IT IS HEREBY ADJUDGED: (1) the Petition is DENIED; and (2) this action is DISMISSED with prejudice.

DATED: April 14, 2016

_____
DOLLY M. GEE
United States District Judge